Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Larry J. Kushner and Jacqueline Kushner
Debtor

Case No.: 18–33285–CMG
Chapter 13

Larry J. Kushner
Plaintiff

v.

HSBC, as Trustee
Defendant

Adv. Proc. No. 19–02030–CMG        Judge: Christine M. Gravelle

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 17, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 6 – 4
Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 4). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/17/2019. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 17, 2019
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Kushner,
    Plaintiff

Adv. Proc. No. 19-02030-CMG

HSBC, as Trustee,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 17, 2019
                Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
pla          +Jacqueline Kushner,   731 Greens Ave.,   Long Branch, NJ 07740-4904
pla          +Larry J. Kushner,   731 Greens Ave,   Long Branch, NJ 07740-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Defendant    Specialized Loan Servicing (SLS)     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Defendant    HSBC, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Stanley  Spector    on behalf of Plaintiff Jacqueline  Kushner ediegregory@yahoo.com
                                                                                        TOTAL: 3