**Submitted by**
**Larry Kushner**
**Jacqueline Kushner**
**debtors pro-se**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**IN RE: LARRY J KUSHNER**
   **JACQUELINE KUSHNER**
   **731 GREENS AVE**   **CASE NO. 18-33285-CMG**
   **LONG BRANCH, NJ 07740**   **CHAPTER 13**

---

**Larry Kushner**
**Jacqueline Kushner, plaintiffs**

v.         **ADVERSARY PROC.**
           **19-2030 CMG**

**HSBC Bank USA, National Association as Trustee**
**For Home Equity Loan Trust Series ACE 2006-HE1**
**Specialized Loan Servicing LLC as servicer**

**Et al**
   **Defendants**

---

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

---

  **SIRS:  PLEASE TAKE NOTICE** that the Debtors, as Plaintiffs

in this adversary proceeding, Larry Jay Kushner and Jacqueline

Kushner, appearing pro-se, in this case,

hereby appeals from an Order of this Court, Justice Christine A.

Gravelle, dated and filed October 17, 2019 (copy

attached) dismissing this adversary proceeding with prejudice and all

provisions thereof.

### Part 1- Identify Appellants

**Name:** Larry J Kushner and Jacqueline Kushner

**Position in Case:** Debtors, Plaintiffs in adversary proceeding and

respondent to motion

### Part 2- Identify Subject of Appeal

1. The Order appealed from (copy attached) is an Order dismissing

   this adversary proceeding with prejudice.

2. The Order was signed and dated October 17, 2019.

### PART 3: IDENTITY OF OTHER PARTIES

Creditor/respondent/movant:   HSBC BANK National Association as

Trustee and Specialized Loan Servicing, LLC

represented by:   Denise Carlon
                  KML Law Group
                  216 Haddon Ave
                  Suite 406
                  Westmont, NJ 08108

**Part 4: Optional Election**

Appellant elects to have this appeal heard by the United States District Court.

**Part 5: Sign Below**

October 24, 2019

------------------------
Larry J Kushner
DEBTOR-Pro Se
731 Greens Ave
Long Branch, NJ 07740
732-670-6703
Larry.kushner@gmail.com

------------------------
Jacqueline Kushner
DEBTOR-Pro Se
731 Greens Ave
Long Branch, NJ 07740
732-670-4277
momkush@gmail.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1 | Order Filed on October 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: 18-33285 CMG<br><br>Adv. Proc: 19-2030-CMG<br><br>Chapter: 13<br><br>Hearing Date: 10/16/19<br><br>Judge: Christine M. Gravelle |
| In Re:<br>Larry Kushner & Jacqueline Kushner, Plaintiffs,<br>v.<br>HSBC Bank, et al., Defendants. | |

# ORDER DISMISSING ADVERSARY COMPLAINT

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: October 17, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1</u>, to dismiss the complaint in lieu of an answer as hereinafter set forth, and for cause shown, it is

ORDERED that adversary proceeding 19-2030-CMG is hereby DISMISSED with prejudice.

2