# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | : | Case no.: _____ |
|---|---|---|
| | : | |
| | : | Chapter: _____ |
| | : | |
| Debtor(s) | : | Adv. Pro. No.: _____ |
| Kushner et al v. HSBC, as Trustee et al | : | |

**CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL**

I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

A copy of the appeal was served on the following parties on _____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____   By: _____
                                                  Deputy Clerk

*rev. 1/13/17*