UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:  Chapter: _____

Case Number: _____

Civil Number: _____

Kushner et al v. HSBC, as Trustee et al    Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal      ❑ Order being Appealed      ❑ Designation of Record on Appeal

❑ Statement of Issues   ❑ Transcript                ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal   ❑ Certification of Failure to File Designation   ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____

Attorney: _____       Attorney: _____

Address: _____        Address: _____

_____                 _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____                           Date: _____

*rev. 8/28/17*