Submitted by
Larry Kushner
Debtor pro-se
<u>Larry.Kushner@gmail.com</u>
(732) 670-6703

Jacqueline Kushner
Debtor pro-se
momkush@gmail.com
(732) 670-4277



# UNITED STATES BANKRUPTCY COURT

**DISTRICT OF NEW JERSEY**
402 East State Street
Trenton, NJ 08608

**IN RE: JACQUELINE KUSHNER
AND LARRY J. KUSHNER**

        CASE NO. 18-33285-CMG
        CHAPTER 13
        Judge Christine M. Gravelle

Soc. Sec. No. xxx-xx-5868
        xxx-xx-5977

_____

**LARRY KUSHNER,
JACQUELINE KUSHNER**

    **DEBTORS-PLAINTIFFS**      ADVERSARY PROC.
                                           DKT #19-2030 CMG

V.

**HSBC BANK USA, AS TRUSTEE
SPECIALIZED LOAN SERVICING (SLS)**

        **DEFENDANTS**

_____

**DESIGNATION OF RECORD ON APPEAL AND
STATEMENT OF ISSUES- 19-19626**

--------------------------------------------------------

**DESIGNATION**

The Debtors/appellants, Jacqueline Kushner and Larry J. Kushner, in this Case, pro se, hereby filed this designation and request the following documents be part of the record:

**FROM Bankruptcy Case 18-33285**

1. Dkt 43- objection to confirmation of plan
2. Claim #24-1- proof of claim filed by SLS
3. DKT 59- objection to plan
4. Dkt 60- complaint adv proc #19-02030
5. Dkt 77-objection to plan

**FROM Adversary Proc. No. 19-02030**

1. Dkt 1- Complaint
2. Dkt 4- Motion to dismiss
3. Dkt 5- response to motion
4. Dkt 6- order dismissing adv proc
5. Dkt 8- transcript of hearing 9/24
6. Dkt 9- transcript of hearing 10/16

**STATEMENT OF ISSUES ON APPEAL**

1. Did the Bankruptcy Court err when dismissing this Adversary proceeding based on the Rooker-Feldman Doctrine?

2. Did the bankruptcy Court err in dismissing this proceeding without conducting a hearing?

3. Did the bankruptcy court err in dismissing this case with prejudice when the motion to dismiss was only based upon issues of jurisdiction and standing?

4. Did the bankruptcy Court err by hearing this matter without the appearance of the appellant debtor which was specifically

set to be done on the record at the hearing on 9/24/19.

**Respectfully submitted,**

November 15, 2019

\----------------------------
LARRY J KUSHNER,
Debtor/Appellant - pro-se
(732) 670-6703


\----------------------------
JACQUELINE KUSHNER,
Debtor/Appellant - pro-se
(732) 670-4277